**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| EDWIN ARNOLDO REYES | : | |
| Petitioner | : | |
| v | : | Civil Action No.: PJM-06-2087 |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

o0o

## **MEMORANDUM**

The above-captioned case was initiated upon receipt of a letter from Petitioner requesting records from his criminal case.[1] Petitioner has styled the letter as a request pursuant to the Federal Freedom of Information Act. Paper No. 1. Because the Freedom of Information Act has no applicability to this Court, the request must be denied. *See* 5 U.S.C. § 551(1)(B).

To the extent that the pleading may be construed as a Motion for Copywork at the Government's Expense, the motion shall be denied. Copies of court records may be provided to an indigent litigant at government expense upon a showing by the litigant of a particularized need for the documents. *Jones v. Superintendent, Va. State Farm*, 460 F.2d 150, 152-53 (4th Cir. 1972). An indigent is not entitled to copies merely to comb the record in the hope of discovering some error. *See United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963). Plaintiff has stated no particularized need for the documents requested. Having failed to articulate a particularized need, Plaintiff's request for copy work at the government's expense shall be denied.

A separate Order follows.

August 29, 2006

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

---

[1] *See United States v. Reyes, et al.*, Crim No. PJM-01-533 (D. Md. 2001).